# United States District Court
## Southern District of Georgia

BEN JACKSON,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV306-070

MICHAEL J. ASTRUE, Commissioner of Social Security,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court Entered on November 21, 2011, the Commissioner's final decision of March 23, 2011 is AFFIRMED and this action stands CLOSED. Judgment is hereby ENTERED in favor of the Commissioner.

November 21, 2011  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk

